# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand and thirteen.

Before:      Rosemary S. Pooler,
                      *Circuit Judge*.

_____

Yahoo! Inc.,

Petitioner-Appellant,

v.

Microsoft Corporation,

Respondent-Appellee.

_____

**ORDER**
Docket No. 13-3995

    Appellant has filed an emergency motion for a stay of the district court's order dated October 21, 2013 pending appeal, for an interim stay pending determination of the motion for stay pending appeal, to expedite this appeal, and to seal these proceedings and the record. Appellee has filed letters in response to the emergency motion for a stay and requests permission to file its letters under seal.

    IT IS HEREBY ORDERED that the motion for a stay pending appeal, to expedite, and to seal these proceedings and the record are REFERRED to a motions panel and shall be heard or submitted as soon as possible. IT IS FURTHER ORDERED that a temporary stay of the district court's order is granted pending determination of the motion for stay pending appeal by the panel. In the interim, the parties' submissions to this Court shall remain under seal until the motions panel determines the Appellant's motion.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

